Case 1:21-cr-00268-LL-BAM Document 5 Filed 11/4/21 Page 1 of 2

**SEALED**

FILED
Nov 04, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
Acting United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHAN ELDON MOSS, JR.,<br><br>Defendant. | CASE NO. 1:21-CR-00268-DAD-BAM<br><br>MOTION AND ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 4, 2021, charging the above defendant with violations of 18 U.S.C. 922(g)(1) – Felon in Possession of Ammunition; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) – Possession with Intent to Distribute a Controlled Substance; and 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued

///

Motion & [Proposed] Order to Seal Indictment     1

1 | pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: November 4, 2021              Respectfully submitted,

                                             PHILLIP A. TALBERT
                                             Acting United States Attorney

                                    By    /s/ JESSICA A. MASSEY
                                             JESSICA A. MASSEY
                                             Assistant U.S. Attorney

        IT IS SO ORDERED.

Dated: 11/4/2021                                     _____
                                                     Hon. Sheila K. Oberto
                                                     U.S. Magistrate Judge