PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:21-CR-00268-DAD-BAM |
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL INDICTMENT |
| JOHNATHAN ELDON MOSS, JR., | |
| Defendant. | |

The Indictment in this case, having been sealed by Order of the Court on November 4, 2021, and the Defendant now having been arrested pursuant to an Arrest Warrant related to this Indictment, the document no longer need remain secret,

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jessica A. Massey, Assistant United States Attorney, hereby moves that the Indictment in this case be

///

///

///

///

///

///

1  ///

2  unsealed and made public record.

3

4   Dated:  February 3, 2022                              PHILLIP A. TALBERT
                                                         United States Attorney

5

6                                                        /s/ Jessica A. Massey
                                              By: _____

7                                                        JESSICA A. MASSEY
                                                         Assistant United States Attorney

8

9                                      **<u>ORDER</u>**

10

11         Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment

12  filed on November 4, 2021, be unsealed and become public record.

13

14  IT IS SO ORDERED.

15   Dated:  __**February 4, 2022**__          _____/s/ Barbara A. McAuliffe_____

16                                              UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28