PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00268-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOHNATHAN ELDON MOSS, JR., | CURRENT DATE: October 11, 2023 |
| Defendant. | TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and JOHNATHAN
ELDON MOSS, JR., by and through defendant's counsel of record, Barbara Hope O'Neill, hereby
stipulate as follows:

1.    By previous order, this matter was set for status on October 11, 2023.

2.    By this stipulation, defendant now moves to continue the status conference until January
24, 2024. The Court ordered the parties to select a trial date, and the parties stipulate and request the
Court set a trial for June 18, 2024, and to exclude time between October 11, 2023, and June 18, 2024
pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3.    While the parties anticipate that the case may resolve without a trial, this is not yet a
certainty. If defendant ultimately does not enter a guilty plea and decides to proceed to trial, the parties
agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

a)      The government asserts the discovery associated with this case includes reports, photographs, and recordings.  Discovery has been provided to counsel. The government is aware of its ongoing discovery obligations.

b)      The parties continue to be involved in plea negotiations, but have not reached a meeting of the minds yet.

c)      Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with her client, to prepare pretrial motions, and to otherwise prepare for trial.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 11, 2023 to June 18, 2024 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[Remainder of page intentionally left blank.]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 4, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated:  October 4, 2023

/s/ BARBARA HOPE O'NEILL
BARBARA HOPE O'NEILL
Counsel for Defendant
JOHNATHAN ELDON MOSS, JR.

**ORDER**

IT IS SO ORDERED that the status conference set for October 11, 2023, is vacated. A jury trial is set for **June 18, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Estimate time of trial is **3 days**. A trial confirmation is set for **June 3, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:    **October 6, 2023**                   /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3