PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00268-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL AND SCHEDULE CHANGE OF PLEA; ORDER |
| v. | |
| JOHNATHAN ELDON MOSS, JR., | |
| Defendant. | |

**STIPULATION**

COMES NOW, Defendant, JOHNATHAN MOSS JR., by and through his attorney of record, Barbara O'Neill, and The United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on May 8, 2024 and docketed for trial on June 18, 2024. ECF 46 and 49. Time was previously excluded through June 18, 2024. ECF 46.

2. The parties are in active plea negotiations and believe this case will resolve short of trial. By this stipulation, the defendant now moves to vacate the trial and schedule a change of plea on June 17, 2024.

3. The government does not object to and joins in this request.

IT IS SO STIPULATED.

STIPULATION TO CONTINUE SENTENCING
HEARING; ORDER

1

| | |
|---|---|
| Dated:  April 30, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ ARIN C. HEINZ<br>ARIN C. HEINZ<br>Assistant United States Attorney |
| | |
| Dated:  April 30, 2024 | /s/ BARBARA HOPE O'NEILL<br>BARBARA HOPE O'NEILL<br>Counsel for Defendant<br>JOHNATHAN ELDON MOSS, JR. |

## **ORDER**

IT IS SO ORDERED that the jury trial set June 18, 2024, trial confirmation set June 3, 2024, and status conference set for May 8, 2024 are vacated. A change of plea hearing is set for **June 17, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time was previously excluded through June 18, 2024.

IT IS SO ORDERED.

Dated:  **April 30, 2024**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE